# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL CONRAD,** *et al.*,

    **Plaintiffs,**

  **v.**                                                   **Case No.: 2:15-cv-3127**
                                                      **JUDGE GEORGE C. SMITH**
                                                      **Magistrate Judge Kemp**

**McDONALD'S CORPORATION,** *et al.*,

    **Defendants.**

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 26, 2016. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS and AFFIRMS** the Report and Recommendation. Plaintiffs' Motion to Remand is therefore **DENIED**.

The Clerk shall remove Documents 13 and 21 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                          */s/ George C. Smith*
                                                          **GEORGE C. SMITH, JUDGE**
                                                          **UNITED STATES DISTRICT COURT**